# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10996-ELF

DONALD J YOUNG, JR.

5814 N. HOWARD STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DONALD J YOUNG, JR.

5814 N. HOWARD STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-

                                                         /S/ William C. Miller

Date: 8/2/2021                                     _____

                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee