

TK KEYSTONE CONSTRUCTION CO INC
6700 N 5TH STREET
PHILADELPHIA, PA 19120

UNIVEST BANK AND TRUST CO.

11786

4/30/2021



PAY TO THE
ORDER OF        ADVICE OF DEPOSIT  NON-NEGOTIABLE

$ ****************************

DOLLARS

Donald J. Young
5814 N. Howard St.
Philadelphia, PA 19120

NON-NEGOTIABLE

MEMO                                                    AUTHORIZED SIGNATURE
Pay Period: 04/12/2021 - 04/25/2021  Direct Deposit
 SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈011786⑈ ⑆031913438⑆ 1611637131⑈

---

## TK KEYSTONE CONSTRUCTION CO INC

www.compuchecks.com

11786

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Donald J. Young, 5814 N. Howard St., Philadelphia, PA 19120 | | | | | ***-**-7665 |

Pay Period: 04/12/2021 - 04/25/2021          Pay Date: 04/30/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75:00 | 12.20 | 915.00 | 7,826.30 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Phila Wage Tax - Res. | | | -35.42 | -302.97 |
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -10.00 | -61.00 |
| Social Security Employee | | | -56.73 | -485.23 |
| Medicare Employee | | | -13.27 | -113.48 |
| PA - Withholding | | | -28.09 | -240.26 |
| PA - Unemployment | | | -0.55 | -4.70 |
| | | | -144.06 | -1,207.64 |

| Net Pay | | | 770.94 | 6,618.66 |
|---|---|---|---|---|

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - ******5318 | | | | 770.94 |

Memo
Direct Deposit



**11737**

TK KEYSTONE CONSTRUCTION CO INC
5700 N 5TH STREET
PHILADELPHIA, PA 19120

UNIVEST BANK AND TRUST CO.

4/16/2021

PAY TO THE
ORDER OF        ADVICE OF DEPOSIT - NON-NEGOTIABLE

$ ********************

DOLLARS

Donald J. Young
5814 N. Howard St.
Philadelphia, PA 19120



MEMO

Pay Period: 03/29/2021 - 04/11/2021   Direct Deposit

NON-NEGOTIABLE
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈011737⑈ ⑆031913438⑆ 1611637131⑈

---

## TK KEYSTONE CONSTRUCTION CO INC

WWW.COMPUCHECKS.COM

**11737**

| Employee | | SSN | |
|---|---|---|---|
| Donald J. Young, 5814 N. Howard St., Philadelphia, PA 19120 | | ***-**-7665 | |
| | | Pay Period: 03/29/2021 - 04/11/2021 | Pay Date: 04/16/2021 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75:00 | 12.20 | 915.00 | 6,911.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Phila Wage Tax - Res. | -35.42 | -267.55 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -10.00 | -51.00 |
| Social Security Employee | -56.73 | -428.50 |
| Medicare Employee | -13.26 | -100.21 |
| PA - Withholding | -28.09 | -212.17 |
| PA - Unemployment | -0.55 | -4.15 |
| | -144.05 | -1,063.58 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 770.95 | 5,847.72 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****5318 | 770.95 |

Memo
Direct Deposit.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**TK KEYSTONE CONSTRUCTION CO INC**
5700 N 5TH STREET
PHILADELPHIA, PA 19120

UNIVEST BANK AND TRUST CO.

11683

4/2/2021

PAY TO THE
ORDER OF     ADVICE OF DEPOSIT - NON-NEGOTIABLE                                          $ ***********************

*****************************************************************************************************************************

DOLLARS

Donald J. Young
5814 N. Howard St.
Philadelphia, PA 19120

MEMO

NON-NEGOTIABLE
AUTHORIZED SIGNATURE

Pay Period: 03/15/2021 - 03/28/2021 Direct Deposit
SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑊011683⑊ ⑊031913438⑊ 1611637131⑊

---

**TK KEYSTONE CONSTRUCTION CO INC**

WWW.COMPUCHECKS.COM 888.358.5581

11683

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Donald J. Young, 5814 N. Howard St., Philadelphia, PA 19120 | | | | | ***-**-7665 |
| | | | | | Pay Period: 03/15/2021 - 03/28/2021    Pay Date. 04/02/2021 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75.00 | 12.20 | 915.00 | 5,996.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Phila Wage Tax - Res. | -35.42 | -232.13 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -10.00 | -41.00 |
| Social Security Employee | -56.73 | -371.77 |
| Medicare Employee | -13.27 | -86.95 |
| PA - Withholding | -28.09 | -184.08 |
| PA - Unemployment | -0.55 | -3.60 |
| | -144.06 | -919.53 |

| Net Pay | 770.94 | 5,076.77 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******5318 | 770 94 |

Memo
Direct Deposit

TK Keystone Construction Co., Inc., 5700 N. 5th Street, Philadelphia, PA 19120, TK Keystone Construction Co Inc

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**TK KEYSTONE CONSTRUCTION CO INC**
5700 N 5TH STREET
PHILADELPHIA, PA  19120

UNIVEST BANK AND TRUST CO.

11628

3/19/2021

PAY TO THE
ORDER OF     ADVICE OF DEPOSIT - NON-NEGOTIABLE                                    $  ********************

*************************************************************************************************************** DOLLARS

Donald J. Young
5814 N. Howard St.
Philadelphia, PA 19120

NON-NEGOTIABLE
AUTHORIZED SIGNATURE

MEMO

Pay Period: 03/01/2021 - 03/14/2021  Direct Deposit    SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈011628⑈ ⑆031913438⑆ 1611637131⑈

---

**TK KEYSTONE CONSTRUCTION CO INC**                    WWW.COMPUCHECKS.COM 888.350.5581                         11628

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Donald J. Young, 5814 N. Howard St., Philadelphia, PA 19120 | | | | | ***-**-7665 |
| | | | | | Pay Period: 03/01/2021 - 03/14/2021 |

Pay Date. 03/19/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 67:30 | 12 20 | 823.50 | 5,081 30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Phila Wage Tax - Res. | -31.88 | -196.71 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -1.00 | -31.00 |
| Social Security Employee | -51.06 | -315 04 |
| Medicare Employee | -11.94 | -73.68 |
| PA - Withholding | -25.28 | -155.99 |
| PA - Unemployment | -0.50 | -3.05 |
| | -121.66 | -775 47 |

| Net Pay | 701 84 | 4,305.83 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******5318 | 701 84 |

Memo
Direct Deposit

TK Keystone Construction Co., Inc , 5700 N  5th Street, Philadelphia, PA  19120, TK Keystone Construction Co Inc

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**TK KEYSTONE CONSTRUCTION CO INC**
5700 N 5TH STREET
PHILADELPHIA, PA 19120

UNIVEST BANK AND TRUST CO.

11574

3/5/2021

PAY TO THE
ORDER OF      ADVICE OF DEPOSIT - NON-NEGOTIABLE

$ ***********************

*************************************************************************************************************

DOLLARS

Donald J. Young
5814 N. Howard St.
Philadelphia, PA 19120

MEMO

NON-NEGOTIABLE

AUTHORIZED SIGNATURE

Pay Period: 02/15/2021 - 02/28/2021 Direct Deposit

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈011574⑈ ⑆031913438⑆ 1611637131⑈

---

**TK KEYSTONE CONSTRUCTION CO INC**

WWW.COMPUCHECKS.COM  888.358.5581

11574

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Donald J. Young, 5814 N. Howard St., Philadelphia, PA 19120 | | | | | ***-**-7665 |

Pay Period: 02/15/2021 - 02/28/2021                    Pay Date: 03/05/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75:00 | 12.20 | 915.00 | 4,257.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Phila Wage Tax - Res. | -35.42 | -164.83 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -10.00 | -30.00 |
| Social Security Employee | -56.73 | -263.98 |
| Medicare Employee | -13.27 | -61.74 |
| PA - Withholding | -28.09 | -130.71 |
| PA - Unemployment | -0.54 | -2.55 |
| | -144.05 | -653.81 |

| Net Pay | 770.95 | 3,603.99 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******5318 | 770.95 |

Memo
Direct Deposit

TK Keystone Construction Co., Inc., 5700 N. 5th Street, Philadelphia, PA 19120, TK Keystone Construction Co Inc

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**TK KEYSTONE CONSTRUCTION CO INC**
5700 N 5TH STREET
PHILADELPHIA, PA  19120

UNIVEST BANK AND TRUST CO.

11518

2/19/2021

PAY TO THE
ORDER OF     ADVICE OF DEPOSIT - NON-NEGOTIABLE

$ ************************

**************************************************************************************************************

DOLLARS

Donald J. Young
5814 N. Howard St.
Philadelphia, PA 19120

NON-NEGOTIABLE
AUTHORIZED SIGNATURE

MEMO
Pay Period: 02/01/2021 - 02/14/2021 Direct Deposit
SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈011518⑈ ⑆031913438⑆ 1611637131⑈

---

**TK KEYSTONE CONSTRUCTION CO INC**                WWW.COMPUCHECKS.COM 888.350.5581                            11518

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Donald J. Young, 5814 N. Howard St., Philadelphia, PA 19120 | | | | | ***-**-7665 |
| | | | | | Pay Period: 02/01/2021 - 02/14/2021         Pay Date: 02/19/2021 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 64.00 | 12.20 | 780.80 | 3,342.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Phila Wage Tax - Res | -30.23 | -129.41 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | -20.00 |
| Social Security Employee | -48.41 | -207.25 |
| Medicare Employee | -11.32 | -48.47 |
| PA - Withholding | -23.97 | -102.62 |
| PA - Unemployment | -0.47 | -2.01 |
| | -114.40 | -509.76 |

| Net Pay | 666.40 | 2,833.04 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******5318 | 666.40 |

Memo
Direct Deposit

TK Keystone Construction Co., Inc., 5700 N. 5th Street, Philadelphia, PA 19120, TK Keystone Construction Co Inc