**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Donald J Young, Jr.,** | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No.  21-10996 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation ("the Application"),

**AND**, the Application having been filed after the dismissal of this case,

**AND**, the Application having been filed untimely under the terms of the court's order dated **November 3, 2021** (Doc. # 39),

It is therefore, **ORDERED** that:

1. The Application is **DENIED**.

2. If the Trustee has not already done so, the Trustee shall distribute all monies in his possession in accordance with 11 U.S.C. §349(b)(3) forthwith and thereafter, file his final report as soon as practicable.

Date:  June 3, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**